IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEBORGE BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER ROC, )<br>OFFICER CANSELTERO, )<br>CITY OF JOHNSTOWN, )<br>BRAD BLACKINGTON, )<br>sued individually and in their)<br>official capacity, )<br>)<br>Defendants. ) | Civil Action No. 04-115J<br><br>Judge Gibson<br>Magistrate Judge Hay |

AND NOW, this 30th day of December 2005, after the plaintiff, George Brown, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's Complaint is dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii) and/or 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted;

IT IS FURTHER ORDERED that all pending motions in this action are denied as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
KIM R. GIBSON
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

George Brown
CS-5852
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

Dennis J. Clark, Esq
PLUNKETT & COONEY
535 Griswold Buhl Building
Suite 2400
Detroit, MI 48226

Mary Catherine Barkman, Esq.
CAMPBELL, DURRANT & BEATTY
555 Grant Street
Suite 310
Pittsburgh, PA 15219